IN THE DISTRICT COURT OF THE UNITED STATES FOR
THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Tshinde Turmon,<br><br>Plaintiff,<br><br>v.<br><br>Capital One Bank (USA) N.A.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:26-cv-01796-SAC<br><br><br><br>**OPINION AND ORDER** |

This matter is before the Court on a Report and Recommendation ("Report") of the Magistrate Judge. ECF No. 17. In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2), D.S.C., this matter was referred to United States Magistrate Judge Paige J. Gossett for pre-trial proceedings. For the reasons stated herein, this matter is dismissed without prejudice and without issuance and service of process.

## BACKGROUND

Plaintiff, proceeding *pro se*, filed this action pursuant to the Fair Credit Reporting Act for Defendant's alleged furnishing of inaccurate and derogatory information to consumer reporting agencies, specifically TransUnion. ECF No. 1. After Plaintiff filed the Complaint, the Magistrate Judge issued a proper form order ("First Proper Form Order") advising Plaintiff that the proposed summons was not completed correctly and, therefore, the case was not in proper form. ECF No. 6 at 1. The Magistrate Judge provided detailed instructions regarding the completion of the summons and instructed the Clerk to mail the proper form documents to Plaintiff. *Id.* at 1-2. The Magistrate Judge also advised Plaintiff that if he failed to bring the case into proper form, the case would be subject to dismissal for failure to prosecute and failure to comply with an order of the court. *Id.* at 1.

The Magistrate Judge issued another proper form order ("Second Proper Form Order"). ECF No. 12. Again, the Magistrate Judge provided detailed instructions regarding the completion of the summons and instructed the Clerk to mail the proper form documents to Plaintiff. *Id*. at 1-2. The Magistrate Judge advised Plaintiff a second time that failure to provide the necessary information and paperwork within the time frame specified in the order may subject the case to dismissal for failure to prosecute and failure to comply with an order of the court. *Id*. at 1. Plaintiff did not respond to the second proper form order and has not provided the Court with the required documentation.

On August 26, 2026, the Magistrate Judge issued a Report recommending that this action be dismissed without prejudice and without issuance and service of process pursuant to Federal Rule of Civil Procedure 41(b). ECF No. 17. The Magistrate Judge advised Plaintiff of the procedures and requirements for filing objections to the Report and the serious consequences if he failed to do so. *Id.* at 3. Plaintiff has not filed any objections and the time to do so has lapsed.

## STANDARD OF REVIEW

The Magistrate Judge makes only a recommendation to this Court. *Mathews v. Weber*, 423 U.S. 261, 271 (1976). The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *Id.* The Court is charged with making a *de novo* determination of any portion of the Report of the Magistrate Judge to which a specific objection is made. *See* 28 U.S.C. § 636(b). The Court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *Id.* In the absence of an objection, the Court will review the Report for clear error. *See Diamond v. Colonial Life & Accident Ins.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a

de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." (citation modified)). Failure to timely file specific written objections to the Report will result in a waiver of the right to appeal from an Order from the Court based upon the Report. *See Wright v. Collins*, 766 F.2d 841, 845-46 (4th Cir. 1985); *see also United States v. Midgette*, 478 F.3d 616, 621 (4th Cir. 2007).

**CONCLUSION**

The Court has considered the record in this case, the applicable law, and the Report of the Magistrate Judge. The Court finds no clear error and thereby agrees with the recommendation of the Magistrate Judge and incorporates it by reference. Accordingly, this action is **DISMISSED** without prejudice and without issuance and service of process for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED**.

United States District Judge

November 6, 2026
Columbia, South Carolina

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.